# Third District Court of Appeal

## State of Florida

Opinion filed December 16, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-0436
Lower Tribunal No. 14-26927
_____

**Carlos A. Camejo and Allyn Vento,**
Appellants,

vs.

**Wells Fargo Bank, N.A., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Carlos A. Camejo and Allyn Vento, in proper persons.

McGuireWoods LLP and Sara F. Holladay-Tobias and Emily Y. Rottmann and Kathleen D. Kilbride (Jacksonville), for appellee Wells Fargo Bank, N.A.

Before LINDSEY, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.